**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ROBERT POTTER LEAGUE FOR ANIMALS | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. C.A. 07 462S |
| | : | |
| A.J. MARTINI, INC. | : | |
| Defendant | : | |

## AFFIDAVIT OF SERVICE

I, R. Daniel Prentiss, Esquire of R. Daniel Prentiss, P.C., attorney for the Plaintiff in the above-captioned matter, being first duly sworn on oath deposes and says as follows:

1. I caused to be mailed a copy of the Summons and Complaint of this above-entitled matter to the Defendant, via certified mail, return receipt requested, on February 19, 2008, to:

Paul J. Martini
5 Lowell Avenue
Winchester, MA 01890

2. The original returned receipt of delivery is attached hereto as Exhibit A showing receipt of the Summons and Complaint by Defendant on February 21, 2008.

**ROBERT POTTER LEAGUE FOR ANIMALS**
By its attorneys

/s/ R. Daniel Prentiss

R. Daniel Prentiss (#0783)
One Turks Head Place, Suite 380
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5181
dan@prentisslaw.com

**CERTIFICATION**

I hereby certify that on this 27th day of February, 2008, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

/s/ R. Daniel Prentiss