**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul J. Mazzini
5 Lowell Avenue
Winchester, MA
01890

2. Article Number
(Transfer from service label) 7007 0220 0004 6394 6895

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Denise Gattilone ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 2-21-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540