UNITED STATES POSTAL SERVICE

MA 018

21 FEB 2008 PM 4 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

R. Daniel Prentiss, PC
One Turks Head Place
Suite 380
Providence, RI 02903