**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ROBERT POTTER LEAGUE
FOR ANIMALS
Plaintiff

v. C.A. NO.: 07-462 S

A. J. MARTINI, INC.
Defendant

**ENTRY OF APPEARANCE**

NOW COME John E. Bulman, Esquire and R. Thomas Dunn, Esquire of the law firm of Little, Medeiros, Kinder, Bulman & Whitney, P.C., and hereby enter their appearance as Attorneys of record for the Defendant, A. J. MARTINI, INC.

Defendant,

A. J. MARTINI, INC.

By its attorneys,

/s/ John E. Bulman
John E. Bulman (#3147)
R. Thomas Dunn (#7612)
Little, Medeiros, Kinder,
Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195
Email: jbulman@lmkbw.com
tdunn@lmkbw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2008, I caused a true copy of the within Entry of Appearance to be electronically filed with the Court and served by U.S. Mail to each of the following:

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Turks Head Place, Suite 380
Providence, RI 02903

/s/ John E. Bulman