**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ROBERT POTTER LEAGUE
FOR ANIMALS
Plaintiff

v. C.A. NO.: 07-462 S

A. J. MARTINI, INC.
Defendant

**STIPULATION**

The parties, by their undersigned attorneys, hereby agree that Defendant, A.J. Martini, Inc. shall have up to and including May 14, 2008 within which to answer or otherwise respond to Plaintiff's complaint.

Respectfully submitted,

ROBERT POTTER LEAGUE
FOR ANIMALS

By its Attorney,

/s/ R. Daniel Prentiss

R. Daniel Prentiss, Esq. (#0783)
R. Daniel Prentiss, P.C.
One Turks Head Place, Suite 380
Providence, RI 02903
Tel. (401) 824-5150
Fax (401) 824-5181
Email: dan@prentisslaw.com

Respectfully submitted,

A.J. MARTINI, INC.

By its Attorneys,

/s/ John E. Bulman

John E. Bulman, Esq. (#3147)
R. Thomas Dunn (#7612)
Little Medeiros Kinder
Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903
Tel. (401) 272-8080
Fax (401) 521-3555
Email: jbulman@lmkbw.com
tdunn@lmkbw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2008, I caused a true copy of the within Stipulation to be electronically filed with the Court and served by U.S. Mail to each of the following:

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Turks Head Place, Suite 380
Providence, RI 02903

/s/ John E. Bulman

F:\JOHN\AJ Martini\Stipulation Time Ext.doc