**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ROBERT POTTER LEAGUE
FOR ANIMALS
Plaintiff

v. C.A. NO.: 07-462 S

A. J. MARTINI, INC.
Defendant

**DISCLOSURE STATEMENT**
**[Fed. R. Civ. P. 7.1]**

This Disclosure Statement is filed by A. J. Martini, Inc. simultaneously with its answer and counterclaim. There are no parent corporations or publicly held corporations owning 10% or more of the stock of A. J. Martini, Inc.

A. J. MARTINI, INC.

By its attorneys,

/s/ John E. Bulman

John E. Bulman (#3147)
R. Thomas Dunn (#7612)
Little, Medeiros, Kinder, Bulman
& Whitney, PC
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195
Email: jbulman@lmkbw.com
tdunn@lmkbw.com

Dated: April 11, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of April, 2008, I caused a true copy of the within Disclosure Statement to be electronically filed with the Court and served by e-mail or first class mail, postage paid, as noted to each of the following:

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Turks Head Place, Suite 380
Providence, RI 02903

dan@prentisslaw.com

/s/ John E. Bulman

F:\JOHN\AJ Martini\Disclosure Statement.doc