**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ROBERT POTTER LEAGUE FOR ANIMALS Plaintiff | : | |
| v. | : | No. 07-462S |
| A. J. MARTINI, INC. Defendant | : | |

**ANSWER TO COUNTERCLAIM**

The Plaintiff Robert Potter League for Animals herewith responds to and answers the Counterclaim of Defendant A. J. Martini, Inc.

27. The Plaintiff admits and agrees that this Court has jurisdiction over the counterclaim.

**COUNT I**

28. Admitted.

29. Admitted.

30. Admitted.

31. The allegations of this paragraph purport to characterize the terms of a writing, the terms of which speak for themselves. To the extent that this paragraph makes factual allegations, those allegations are denied.

32. The allegations of this paragraph purport to characterize the terms of a writing, the terms of which speak for themselves. To the extent

that this paragraph makes factual allegations, those allegations are denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Plaintiff admits that it paid Defendant $39,073; otherwise, denied.

38. Denied.

39. Denied.

40. Denied.

**COUNT II**

41. Plaintiff repeats its answers to paragraphs 28, 29, and 30, as if set forth herein in their entirety.

42. Denied.

43. Denied.

**AFFIRMATIVE DEFENSES**

1. Count II of the counterclaim fails to state a claim on which relief may be granted.

2. Plaintiff pleads the affirmative defenses of waiver, release, and estoppel.

3. Plaintiff pleads the affirmative defense of accord and satisfaction.

WHEREFORE, Plaintiff demands judgment in its favor on the counterclaim, with costs.

**ROBERT POTTER LEAGUE FOR ANIMALS**
By its attorneys

**R. DANIEL PRENTISS, P.C.**

R. Daniel Prentiss (#0783)
One Turks Head Place,
Suite 380
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5181

Dated: April 18, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of April, 2008, a copy of the within Answer to Counterclaim was electronically filed with the Court and served by e-mail to the following:

John E. Bulman
Little, Medeiros, Kinder,
Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903
jbulman@lmkbw.com

/s/ R. Daniel Prentiss, P.C.