(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

ROBERT POTTER LEAGUE FOR ANIMALS, INC.
Plaintiff(s)

v. Dkt. No. 2007-cv-462

A. J. MARTINI, INC.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendant A. J. Martini, Inc. hereby moves that Andrew G. Wailgum be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

John E. Bulman
Print Name

RI Bar ID # 3147

Little Medeiros Kinder Bulman & Whitney, PC
Firm and Business Address

Email: jbulman@lmkbw.com

Tel. # 401-272-8080

72 Pine Street

Fax # 401-521-3555

Providence, RI 02903

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date