(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

ROBERT POTTER LEAGUE FOR ANIMALS, INC.
Plaintiff(s)

v. Dkt. No. 2007-CV-462

A.J. MARTINI, INC.
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~/Defendant A. J. Martini, Inc. hereby moves that Loring A. Cook, III be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

[signature]
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

[signature]
Signature of Local Counsel

John E. Bulman
Print Name

RI Bar ID # 3147

Little Medeiros Kinder Bulman & Whitney, PC
Firm and Business Address

72 Pine Street

Providence, RI 02903

Email: jbulman@lmkbw.com

Tel. # 401-272-8080

Fax # 401-521-3555

---

## ORDER

This motion is hereby _____ GRANTED _____ DENIED

____________________
District Judge

____________________
Date