Case 1:07-cv-00462-S-LDA Document 11 Filed 06/02/2008 Page 1 of 1

(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

ROBERT POTTER LEAGUE FOR ANIMALS, INC.
Plaintiff(s)

v. Dkt. No. 2007-cv-462

A. J. MARTINI, INC.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendant A. J. Martini, Inc. hereby moves that Andrew G. Wailgum be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

John E. Bulman
Print Name

RI Bar ID # 3147

Little Medeiros Kinder Bulman & Whitney, PC
Firm and Business Address

72 Pine Street

Providence, RI 02903

Email: jbulman@lmkbw.com

Tel. # 401-272-8080

Fax # 401-521-3555

**ORDER**

This motion is hereby X GRANTED ____ DENIED

WSmm
District Judge

6/3/08
Date