UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT POTTER LEAGUE
FOR ANIMALS
Plaintiff

v. C.A. NO.: 07-462 S

A.J. MARTINI, INC.
Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June, 2008, I mailed by regular first class mail, a true copy of the Applications for Pro Hac Vice Admission that were filed in this case on June 2, 2008 to:

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Turks Head Place, Suite 380
Providence, RI 02903

/s/ R. Thomas Dunn

F:\RTD\AJ Martini\ECF Documents\COS App for Pro Hac Vice Adm.doc